113 P.3d 799

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Aames Funding Corp. v. Mores .... | 24758 | 05/11/2005 | Denied | 107 Hawai'i 95, 110 P.3d 1042 |
| KNG Corp. v. Kim................ | 25038 | 05/06/2005 | Denied | 107 Hawai'i 73, 110 P.3d 397 |
| State v. Koch ................... | 26296 | 05/31/2005 | Denied | 107 Hawai'i 215, 112 P.3d 69 |

| | | | | |
|---|---|---|---|---|
| State v. Grace.................... | 25970 | 04/29/2005 | Denied | 107 Hawai'i 133, 111 P.3d 28 |
| State v. Moses .................. | 26529 | 06/09/2005 | Denied | 107 Hawai'i 282, 112 P.3d 768 |
| State v. Ugalino ................. | 25545 | 05/05/2005 | Denied | 107 Hawai'i 144, 111 P.3d 39 |